```
                                            FILED
                                          APR 24 2008
                                    CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
                                   BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1316-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| LUIS ENRIQUE LEON-LEYVA (1) ) JOEL NEFTALI CASTILLO-VENTURA (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about April 7, 2008, within the Southern District of California, defendants LUIS ENRIQUE LEON-LEYVA and JOEL NEFTALI CASTILLO-VENTURA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fidel Gasga-Rubio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/24/08 .

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
4/23/08